UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANET STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3-06-0537 |
| ADVANCE STORES COMPANY, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Plaintiff Janet Stevens' Motion for Partial Summary Judgment (Docket Entry No. 15) is hereby DENIED. Defendant Advance Stores Company's Motion for Summary Judgment (Docket Entry No. 17) is also hereby DENIED.

This case shall proceed to trial as scheduled on Tuesday, May 15, 2007. The final pretrial conference is scheduled on Monday, April 16, 2007 at 1:00 p.m.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE